In the Matter of LEE PAGE et al., Doing Business as LEEBURT TAVERN, Petitioners, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.—

Present —
Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.